**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 11, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00043-CV**

---

**IN RE ROBYN JANE ARELOLO RUSSELL, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 3**
**Brazoria County, Texas**
**Trial Court Cause No. PR41920**

---

## MEMORANDUM OPINION

On January 25, 2023, relator Robyn Jane Arelolo Russell filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jeremy Warren, presiding judge of the County Court at Law No. 3 of Brazoria County, to vacate his January 12, 2023 order granting real party interest's amended motion to

enforce Health and Safety Code Section 711.002. *See* Tex. Health & Safety Code § 711.002.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We lift our January 27, 2023 stay.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.